IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STEVEN E. GARCIA,

        Plaintiff,

v.                                16cv495 WPL

CAROLYN W. COLVIN,
Acting Commissioner of Social Security Administration,

        Defendant.

**ORDER TO CURE DEFICIENCY**

Plaintiff filed an "Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)." (*See* Doc. 2.) The Short Form application does not provide sufficient information for the Court to determine whether a plaintiff is unable to pay the required fees. The Court now requires plaintiffs seeking to proceed without prepaying fees to file the "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)." Consequently, Plaintiff's filing is deficient because Plaintiff has not filed the "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)."  Failure to file an "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)" within twenty-one (21) days from entry of this order may result in denial of Plaintiff's application to proceed without prepaying fees or costs. Failure to follow the instructions on the "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)" may also result in denial of Plaintiff's application to proceed without prepaying fees or costs. Any papers that Plaintiff files in response to this Order must include the civil cause number (No. 16cv495 WPL) of this case.

**IT IS THEREFORE ORDERED** that Plaintiff file an "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)" within twenty-one (21) days from entry of this Order.

**IT IS ALSO ORDERED** that the Clerk send to Plaintiff, together with a copy of this Order, an "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)."

_____
William P. Lynch
United States Magistrate Judge